CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: David J. Novak, United States District Judge
REPORTER: Tracy Stroh, OCR
DOCKET NO. 3:21cr00141 (DJN)
DATE: 1-31-2022

UNITED STATES OF AMERICA
v.

COUNSEL

1. Mahmoud Aljibawi
2. Alaelddin Aljibawi
3. NOT PRESENT SCHEDULED TO APPEAR 2/4/2022 at NOON
4. Wael Jibawi
5. Jamel Eljebawe
6. Yanal Khristal

1. William J. Dinkin
2. Ali Amirshahi

4. William Riley
5. William W. Smith III
6. Davis Powell

**APPEARANCES:** GOVERNMENT   Kaitlin G. Cooke and Carla Joran-Detamore ( X )
DEFENDANT WITH COUNSEL ( X )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND ( X )   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ( X )   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS ( )
INITIAL Defts advised of Rule 5 rights and Counsel reminded of prosecutorial obligation as required under Rule 5(f) ( X )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**ARRAIGNMENT PROCEEDINGS:**

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 M. Aljibawi | ✓ | | | ✓ | ✓ | | |
| 2 A. Aljibawi | ✓ | | | ✓ | ✓ | | |
| 4 W. Jibawi | ✓ | | | ✓ | ✓ | | |
| 5 J. Eljebawe | ✓ | | | ✓ | ✓ | | |
| 6 Y. Khrisat | ✓ | | | ✓ | ✓ | | |

**BOND HEARING PROCEEDINGS:** DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( xx )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

**OTHER PROCEEDINGS:** Gov't to file motion RE: Complex case; ALL DEFTS IN AGREEMENT and WILL SIGN JT MOTION; April 1, 2022 STATUS OR plea hearing. No extra point given after this date. Plea docs to be filed by 3/29. Bond conditions MODIFIED FOR DEFT #2 (seek employment) #4 drug testing AND #1 TRAVEL W/24 HR Advance approval.

ORDER TO ENTER

**CASE CONTINUED TO:** 4-1-22 AT 2:00 P.M. FOR STATUS OR PLEAS

CASE SET: 2:00   BEGAN: 2:00   ENDED: 2:32   TIME IN COURT: 32